Thomas B. Mayhew (State Bar No. 183539)
Jessica Nall (State Bar No. 215149)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
FORCES-OF-NATURE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORCES -OF-NATURE INC., <br><br> Plaintiff, <br><br> vs. <br><br> FORCES-OF-NATURE.NET and DOES 1-50, <br><br> Defendant. | Case No. C:06 5287 (PJH) <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

For good cause appearing hereto, the request of Plaintiff FORCES OF NATURE INC. for an order to continue the Case Management Conference is hereby GRANTED.

IT IS HEREBY ORDERED that the Case Management Conference in this action is continued to  March 1 , 2007, at  2:30 p.m. , in Courtroom 3, 17th floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED:  1/16/07

PHYLLIS J. HAMILTON
UNITED STATES

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST
FOR CONTINUANCE – Case No. C:06 5287 (PJH)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

21279\1152516.1