UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORCES OF NATURE INC.,

        Plaintiff(s),                    No. C 06-5287 PJH

    v.                                   **ORDER OF DISMISSAL**

FORCES-OF-NATURE.NAME, et al.,

        Defendant(s).

_____/

       Plaintiff's counsel having appeared for case management conference and requested that this matter be dismissed without prejudice, and in view of the absence of an appearance by any defendant, the court hereby orders:

       This case is DISMISSED WITHOUT PREJUDICE.

       SO ORDERED.

Dated: April 20, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge